NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0344

GLORY ROSS CAMPBELL

VERSUS

BRIAN MATTHEW CAMPBELL

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 49376
HONORABLE CHARLES BLAYLOCK ADAMS, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

Pickett, J., concurs.

AFFIRMED.

James L. Fortson, Jr.
Attorney at Law
P.O. Box 7691
Shreveport, LA 71137-7691
(318) 221-0447
Counsel for Plaintiff/Appellant:
	Glory Ross Campbell

Anna L. Garcie
Soileau & Garcie, LLC
730 San Antonio Ave.
Many, LA 71449
(318) 256-0076
Counsel for Defendant/Appellee:
	Brian Matthew Campbell